IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYAN ANGLE, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cv-219 |
| | ) | District Judge Nora Barry Fischer |
| HEARING EXAMINER T. WILLIAMS, | ) | Magistrate Judge Susan Paradise Baxter |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This action was initiated by *pro se* Plaintiff Bryan Angle, II on August 14, 2017 and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules of Court for Magistrate Judges. On August 24, 2017, Magistrate Judge Baxter granted Plaintiff's motion for leave to proceed *in forma pauperis* but directed him to execute and return an Authorization form by September 12, 2017. (Docket No. 2). Plaintiff failed to comply with that order. Thus, Magistrate Judge Baxter entered another order on October 2, 2017, directing Plaintiff to show good cause for his failure to file the Authorization form on or before October 13, 2017. (Docket No. 4). Magistrate Judge Baxter warned Plaintiff that his "failure to comply will result in dismissal of the action for failure to prosecute." (*Id.*). Plaintiff again did not comply. As a result, Magistrate Judge Baxter issued a Report and Recommendation ("R&R") on October 23, 2017, recommending that the Court dismiss this action for failure to prosecute. (Docket No. 5). Service of the R&R was made on Plaintiff by mail and he was informed that his objections to same were due on or before November 9, 2017. To date, no objections have been filed. Upon careful *de novo* review of the relevant filings in this matter, (Docket Nos. 1-5), the Court agrees with the

1

R&R's evaluation of the *Poulis* factors and its recommendation that this action be dismissed for failure to prosecute. Accordingly,

IT IS HEREBY ORDERED that the R&R [5] is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that this action is DISMISSED, WITH PREJUDICE for failure to prosecute.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this CASE CLOSED.

*/s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

Dated: November 17, 2017.

cc: Bryan Angle, II
    HY2333
    SCI Forrest
    PO Box 945
    Marienville, PA 16239